Senachwine Club, appellee, v. William E. Green, appellant. Gen. No. 7,770.

Bill for injunction against hunting over complainant's land. Temporary injunction issued. Appeal from the Circuit Court of Putnam county; the Hon. John M. Niehaus, Judge, presiding. Heard in this

court at the April term, 1927. Reversed and remanded with directions. Opinion filed September 29, 1927. Rehearing denied February 7, 1928.

Henry E. Jacobs and Clarence W. Heyl, for appellant; Heyl & Heyl, of counsel. Barnes, Magoon & Horton, for appellee.

Mr. Justice Boggs delivered the opinion of the court.